v.

The STATE of Texas, Appellee.

No. 27668.

Court of Criminal Appeals of Texas.

Oct. 12, 1955.

Ex parte Douglas Roy FLETCHER.

No. 27776.

Court of Criminal Appeals of Texas.

Oct. 12, 1955.

Charles W. Tessmer, Dallas, for appellant.

Henry Wade, Criminal Dist. Atty., George P. Blackburn, Asst. Criminal Dist. Atty., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is an original application for a writ of habeas corpus to this court.

It is now made to appear that appellant has entered into an appeal bond, therefore, his right to bond as contended in said application has become moot.

The state's motion to dismiss the application is accordingly granted, and the application is dismissed.

Opinion approved by the court.